**FILED**

**JUL 0 9 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | **3:25cr335** |
| | ) | **JUDGE KNEPP** |
| v. | ) | CASE NO._____ MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| JASHAWN WILLIAMS-NEAL, | ) | Section 922(a)(6), Title 18 |
| | ) | United States Code, Section |
| Defendant. | ) | 932(b)(1) |

COUNT 1
(False Statement During Purchase of Firearms, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1.      On or about March 24, 2025, in the Northern District of Ohio, Western Division,

Defendant JASHAWN WILLIAMS-NEAL in connection with the acquisition of a firearm, to

wit: a Glock GMBH, Model 19, 9mm pistol, bearing serial number CESN835, from a licensed

dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

made a false or fictitious oral or written statement, which statement was intended and likely to

deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the

said firearms to Defendant under Chapter 44 of Title 18 in that Defendant represented he was the

actual transferee or buyer of the firearm, in violation of Title 18, United States Code, Section

922(a)(6).

COUNT 2
(Straw Purchasing of Firearms, 18 U.S.C. § 932(b)(1))

The Grand Jury further charges:

2.      On or about March 24, 2025, in the Northern District of Ohio, Western Division,

Defendant, JASHAWN WILLIAMS-NEAL did knowingly purchase a firearm, to wit: a Glock

ORIGINAL

GMBH, Model 19, 9mm pistol, bearing serial number CESN835, in or otherwise affecting

interstate commerce for, on behalf of, or at the request or demand of "L.E.", knowing or having

reasonable cause to believe that "L.E." intended to use, carry, possess, or sell or otherwise

dispose of the firearm in furtherance of a felony, a Federal crime of terrorism, or a drug

trafficking crime, or did conspire to do so, in violation of Title 18, United States Code, Section

932(b)(1).

FORFEITURE

The Grand Jury further charges:

3.      The allegations of Counts 1 and 2 are hereby realleged and incorporated herein by

reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

924(d)(1), and Title 28, United States Code, Section 2461(c).  As a result of the foregoing

offenses, Defendant JASHAWN WILLIAMS-NEAL shall forfeit to the United States all

firearms and ammunition involved in or used in the commission of the violations charged in

Counts 1 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.